VILLAGE OF PLEASANTVILLE, Respondent, against LAWRENCE T. GROSS, JR., Appellant.

Submitted November 18, 1947; decided January 15, 1948.

*Lawrence T. Gross, Jr.,* for appellant.
*Edward J. Wren* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.